Miltonous KINGDOM, Petitioner–Appellant,

v.

A.A. LAMARQUE, Warden; et al., Respondents–Appellees.

No. 07–15549.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 26, 2008 *.

Filed March 6, 2008.

Charles Gretsch, Esq., Charles Gretsch Attorney at Law, Vancouver, WA, for Petitioner–Appellant.

John R. Vance, Jr., Esq., California Department of Justice, San Francisco, CA, for Respondent–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

672

Before: BEEZER, FERNANDEZ and McKEOWN, Circuit Judges.

MEMORANDUM **

California prisoner Miltonous Kingdom appeals from the district court's judgment dismissing as untimely his 28 U.S.C. § 2254 petition. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253. We review de novo, *Brambles v. Duncan,* 412 F.3d 1066, 1069 (9th Cir.2005), and we affirm.

Kingdom contends that he is entitled to equitable tolling because his attorney's misconduct in failing to file a timely petition constituted extraordinary circumstances beyond his control. This contention fails because ordinary attorney negligence does not constitute an extraordinary circumstance sufficient to warrant equitable tolling. *See Frye v. Hickman,* 273 F.3d 1144, 1146 (9th Cir. 2001); *cf. Spitsyn v. Moore,* 345 F.3d 796, 800–802 (9th Cir.2003). Furthermore, we agree with the district court that the record reflects that Kingdom did not pursue his rights diligently. *See Pace v. DiGuglielmo,* 544 U.S. 408, 418, 125 S.Ct. 1807, 161 L.Ed.2d 669 (2005).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

